PEOPLE EX REL. JOHN M. KING v. WAYNE CIRCUIT JUDGE.

*Amendments to Pleadings.*

The discretion of a trial judge in refusing to allow amendments to pleadings, will not be reviewed if it is not abused.

MANDAMUS to vacate an order striking amended declaration from the files.    Submitted October 21.    Denied October 22.

*Ed. E. Kane* for the motion.

*Alfred Russell* against

PER CURIAM.    We think the circuit judge was sufficiently liberal in permitting such amendments as he allowed in this case, and that there was no excess of authority or abuse of discretion in the action now complained of.    We cannot, therefore, interfere with it.

Mandamus denied.